IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Jamie Moore f/k/a James Moore, | ) | C/A No.: 0:16-2748-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ATS Carolina, Inc.; ATS Automation Tooling Systems, Inc.; A.T.S., Inc.; Patriot Technical Consulting-PTC; and Entegee, Inc., d/b/a Patriot Technical Consulting-PTC, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This action was filed in this court on August 5, 2016. [ECF No. 1]. Pursuant to the Third Amended and Final Scheduling Order, dispositive motions, if any, were to be filed by no later than April 2, 2018. [ECF No. 40]. This deadline has now expired.

Because the discovery and dispositive motions deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

April 3, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge