IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| James Moore, f/k/a, James Moore, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 0:16-cv02748-JFA-SVH |
| v. ) | |
| ) | |
| ATS Carolina, Inc., Applied Technical ) | |
| Services, Inc.; ATS Automation Tooling ) | |
| Systems, Inc.; A.T.S., Inc.; Patriot Technical ) | |
| Consulting-PTC; Entegee, Inc., d/b/a Patriot ) | |
| Technical Consulting –PTC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal of this action <u>with prejudice</u>, as evidenced by the signatures of counsel below. It is specifically understood and agreed that this will dismiss all claims by Plaintiff against any and all of the Defendants including those parties in default.

     It is further understood and agreed that parties will be responsible for their own attorney fees and costs related to this matter.

WE STIPULATE:

s/*Jarrel L. Wigger*
Jarrel L. Wigger
Wigger Law Firm, Inc.
8088 Rivers Avenue, Suite A
North Charleston, SC 29406
ATTORNEYS FOR PLAINTIFF

s/*Beverly A. Carroll*
Beverly A. Carroll
Attorney at Law
235 East Main Street, Suite 105
Rock Hill, SC 29730
ATTORNEYS FOR DEFENDANTS ATS

April 25, 2018